## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| PEKIN INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:23-CV-00084 |
| | ) |
| BRAD G. PETERSON and JENNIFER R. PETERSON; | ) |
| CASSANDRA BREITENSTEIN and DARIN | ) |
| BREITENSTEIN, Individually and as Next Friends | ) |
| of S.B., a minor, | ) |
| | ) |
| Defendants. | ) |

### JOINT STIPULATION FOR DISMISSAL

NOW COME the Parties, by their respective counsel, and, for the reasons stated below, stipulate to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1), as follows:

1. This action was filed by Plaintiff Pekin Insurance Company (Pekin) on December 4, 2023. Doc. 1. The Complaint for Declaratory Judgment describes an underlying personal injury action, *Cassandra Breitenstein and Darin Breitenstein, Individually and as Next Friends of S.B., a minor v. Brad Peterson, Jennifer Peterson, Larry Peterson, and Sueann Peterson*, case number LALA007072, pending in the Iowa District Court of Lee County, Iowa (the Underlying Action). Doc. 1 ¶¶ 17-32.

2. Pekin sought the Court's determination of whether it possessed a duty to defend or indemnify its insureds, Defendants Brad Peterson and Jennifer Peterson, against the allegations in the Underlying Action pursuant to a policy of insurance. Doc. 1 ¶¶ 4-5, 46-56.

3. On or about May 1, 2025, a settlement was reached in the Underlying Action between the plaintiffs to that action, Cassandra Breitenstein and Darin Breitenstein, Individually

and as Next Friends of S.B., a minor, and Brad Peterson and Jennifer Peterson.

4. The settlement of the Underlying Action as to Brad Peterson and Jennifer Peterson included, *inter alia*, a release of Pekin by the plaintiffs as to any and all liability whatsoever, including all claims, demands and causes of action by reason of the incidents forming the basis of the Underlying Action.

5. The Underlying Lawsuit was dismissed with prejudice against Brad Peterson and Jennifer Peterson on or about May 5, 2025. The Underlying Action remains pending against Larry Peterson and Sueann Peterson.

6. Pekin's basis for maintaining this declaratory judgment action was extinguished through the settlement of the Underlying Action as to Brad Peterson and Jennifer Peterson.

7. The parties, by their respective counsel, stipulate and agree that the above-captioned declaratory judgment action be dismissed with prejudice, with each party bearing its own costs.

Attorneys for Plaintiff Pekin Insurance Company:

/s/ John P. Heil, Jr.
Mark A. Ludolph #AT0014578
John P. Heil, Jr. (*pro hac vice*)
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
300 Hamilton Boulevard, P.O. Box 6199
Peoria, IL 61601-6199
Phone: (309) 676-0400
mludolph@heylroyster.com; jheil@heylroyster.com

Attorney for Defendants Cassandra Breitenstein and Darin Breitenstein:

/s/ Cory F. Gourley
Cory F. Gourley #AT0002966
GOURLEY, REHKEMPER & LINDHOLM, PLC
440 Fairway Drive, Suite 210
West Des Moines, IA 50266
Phone: (515) 226-0500
cfgourley@grllaw.com

Attorney for Defendants Brad G. Peterson and Jennifer R. Peterson:

/s/ Martha L Shaff
Martha L Shaff #AT0007215
BETTY, NEUMAN & MCMAHON, P.L.C.
1900 East 54th Street
Davenport, IA 52807-2708
Phone: (563) 326-4491
martha.shaff@bettylawfirm.com

## PROOF OF SERVICE

I hereby certify that on May 20, 2025, I caused to be electronically filed the foregoing Joint Stipulation for Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

Martha L Shaff #AT0007215
BETTY, NEUMAN & MCMAHON, P.L.C.
1900 East 54th Street
Davenport, IA 52807-2708
martha.shaff@bettylawfirm.com
*Attorney for Brad G. Peterson and Jennifer R. Peterson*

Cory F. Gourley #AT0002966
GOURLEY, REHKEMPER & LINDHOLM, PLC
440 Fairway Drive, Suite 210
West Des Moines, IA 50266
cfgourley@grllaw.com
*Attorney for Cassandra Breitenstein and Darin Breitenstein*

/s/ John P. Heil, Jr.

John P. Heil, Jr.
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
300 Hamilton Blvd., PO Box 6199
Peoria, IL 61602
309.676.0400 Phone
jheil@heylroyster.com

45791677.1